AUSA Assigned: MJE

County of Investigation: Ferry

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

*In Re: Affidavit for Criminal Complaint charging ANGEL SWAN, with Assault with a Dangerous Weapon in Indian Country*

## AFFIDAVIT

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| County of Spokane | ) |

### INTRODUCTION AND AGENT BACKGROUND

1. I, Lindsay Sanders, Special Agent, being first duly sworn on oath, depose and state the following:

2. Your affiant is a Special Agent (SA) for the Federal Bureau of Investigation (FBI). This affidavit is in support of a Criminal Complaint charging Angel SWAN with Assault with a Dangerous Weapon in Indian Country, in violation of 18 U.S.C. §§ 113(a)(3), 1153.

3. Your affiant has been employed with the Federal Bureau of Investigation (FBI) since December of 2021. Your affiant is currently assigned to the FBI's Spokane Resident Agency. Your affiant is currently assigned to investigating violent crimes in Indian Country on the Colville, Spokane, and Kalispel Indian Reservations. As an FBI Special Agent, your affiant has received extensive training in a variety of investigative and legal matters of violations of federal and state law. Your affiant has participated in numerous investigations.

4. Prior to your affiant's employment with the FBI, your affiant was a certified law enforcement officer in the state of New Mexico from 2015-2021.

During this time, your affiant was assigned to investigate various crimes including but not exclusive to violent crimes.

5. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

6. This affidavit does not contain all of the information known to your affiant or to law enforcement regarding this investigation, but rather contains only those facts believed to be necessary to support the criminal complaint. Your affiant has personally participated in this investigation and the following information is derived from my personal observations, review of official documents, and information provided by other sworn law enforcement officers.

## STATEMENT OF PROBABLE CAUSE

7. Your Affiant has reviewed various reports authored by officers with the Colville Tribal Police Department under Incident No. 25-1124 and interviewed Victim on July 23, 2025.

8. On July 3, 2025, officers contacted Victim who reported that Victim had gone to ANGEL SWAN's residence in Inchelium, Washington to pick up Victim's child. When Victim arrived at SWAN's residence, SWAN was visibly intoxicated. Victim told her child to collect their things. While Victim was looking down the hallway, SWAN assaulted Victim from behind. Victim was able to leave SWAN's residence with her child after a physical confrontation with SWAN.

9. After arriving home, Victim saw SWAN arrive at Victim's residence driving a blue Toyota Corolla. SWAN approached Victim with her hand behind her back. SWAN then stabbed Victim in the abdomen with a thin knife with a wooden handle that Victim described as similar to a fillet knife. While SWAN continued to

Affidavit in Support of a Criminal Complaint by Special Agent Lindsay Sanders - 2:25-MJ-00476-JAG - 2

swing the knife at Victim, Victim grabbed the lid to a nearby trash can to defend herself. SWAN then returned to her vehicle and drove away.

10. Victim was driven by another sister to hospital. Based on photographs taken of Victim at the hospital, Victim had a small puncture wound in her abdomen.

11. Later on July 3, 2025, SWAN was observed by law enforcement at a gas station on Inchelium Highway. SWAN was contacted by law enforcement, who believed SWAN was under the influence of intoxicants. SWAN was detained and spoke to law enforcement; SWAN reported that Victim had come over to SWAN's residence and assaulted her.

12. On July 8, 2025, SWAN's vehicle was searched pursuant to a search warrant. A small folding knife with a wooden handle was located under the driver's seat.

13. On July 23, 2025, Victim was shown a photograph of the knife recovered from SWAN's vehicle. Victim confirmed that the depicted knife was the one used by SWAN to stab Victim.

14. Your Affiant is aware that SWAN is an enrolled member of the Confederated Tribes of the Colville Reservation and an Indian. Your Affiant is also aware that Victim's residence in Inchelium, Washington, is located within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country.

## CONCLUSION

15. Based upon the information above and my knowledge and experience, there is probable cause to believe ANGEL SWAN violated 18 U.S.C. §§ 113(a)(3), 1153 (Assault with a Dangerous Weapon in Indian Country) by stabbing Victim in the abdomen. As noted herein, SWAN is an enrolled member of the

///

Affidavit in Support of a Criminal Complaint by Special Agent Lindsay Sanders - 2:25-MJ-00476-JAG - 3

Confederated Tribes of the Colville Reservation and the crime occurred on the Colville Indian Reservation.

_____
Lindsay Sanders, Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically on this 23rd day of July, 2025.

_____
James A. Goeke
United States Magistrate Judge